Whitton v. Fuller & Wagner.

## WHITTON v. FULLER & WAGNER.

**Appeal**: JURISDICTION: DEFECTIVE ABSTRACT. This court has no jurisdiction of a cause brought up from the district court where the abstract fails to show that an appeal was taken to this court.

*Appeal from Marshall District Court.*—HON. S. M. WEAVER, Judge.

FILED, MAY 21, 1889.

ACTION to recover for grain stored in defendants' warehouse. Judgment for plaintiff, and defendants appeal.

*Henderson & Hargrave*, for appellants.

*O. L. Binford* and *J. H. Bradley*, for appellee.

GRANGER, J. —The abstract in this case sets out the pleading; a stipulation of facts on which the cause was submitted below; the judgment of the district court; and an assignment of errors. It contains no words whatever with reference to an appeal or a submission of the cause to this court. Arguments of counsel are on file, but they do not give to this court jurisdiction. There is no record upon which to base a judgment here, and the proceeding as to this court is

DISMISSED